**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Raymond Etheridge v. Northgate Vertical LP d/b/a Cressent North Point Apartments

Appellate case number:    01-21-00595-CV

Trial court case number:  1159899

Trial court:            County Civil Court at Law No. 4 of Harris County

On April 12, 2022, Appellant Raymond Ethridge filed a Second Motion to Extend Time for Filing Appellant's Brief, asking for an extension of time until thirty days after the corrected reporter's record is filed. Appellant's motion is **granted**. Appellant's brief is due May 31, 2022.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                  Acting individually

Date: April 21, 2022